of defect, damages or equities between the sellers and purchaser; and that when the draft was paid the money belonged to that bank, and no judgment should have been rendered against it or against its collection agent, the First National Bank.

W. T. JONES, for plaintiffs in error.

D. H. POPE, *contra.*

---

SAVANNAH, FLA. & WESTERN RAILWAY CO. *v.* WATSON.

The evidence warranted the verdict, and there was no error in refusing a new trial.     *Judgment affirmed.*

March 26, 1892. Argued at the last term.

New trial. Railroads. Negligence. Before Judge HANSELL. Brooks superior court. May term, 1891.

The declaration of Watson alleged, in brief, that he was a hotel waiter and was sent by the keeper of the hotel, as was the daily custom and as was plaintiff's duty, to take dinner to the conductor of one of defendant's trains; that the conductor told him to put the waiter, upon which was the dinner, upon the desk in the cab car, and then commanded him to leave the car; that at this time the train was rapidly moving and he was afraid to leave the car, and told the conductor the train was moving too fast and that he was unwilling to do so, whereupon the conductor commanded and threatened that if he did not leave and jump from the car he (the conductor) would kick him off; and that when plaintiff left the car he was thrown violently upon the track, jerked under the wheel of the car and had the bottom of one of his feet torn and cut off, etc. He obtained a verdict for $1,650; the defendant's motion for new trial was overruled, and it excepted.

ERWIN, DUBIGNON & CHISHOLM, E. P. S. DENMARK and S. T. KINGSBERY, for plaintiff in error.

L. F. HADDOCK and J. G. McCALL, by brief, *contra.*